Adam Y. Siegel (SBN 238568)
Adam.Siegel@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
TVI, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA HUGHES, an individual, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TVI, INC., a Washington Corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.: 2:24-CV-00019<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**<br><br>Complaint Filed: November 28, 2023<br>Trial Date: None Set |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF SHEA HUGHES AND HER ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel, that the above-referenced matter be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

///

///

///

| | |
|---|---|
| Dated:  January 22, 2024 | **JACKSON LEWIS P.C.** |
| | By: *s/ Adam Y. Siegel* |
| | Adam Y. Siegel |
| | Attorneys for Defendant TVI, INC. |
| Dated:  January 22, 2024 | **CROSNER LEGAL, PC** |
| | By: *s/ Chad Saunders* |
| | Chad Saunders |
| | Attorneys for Plaintiff Shea Hughes |

## ECF ATTESTATION

In accordance with the Civil Local Rules, I attest that I have obtained concurrence in the execution and filing of this document from the above signatory Chad Saunders.

| | |
|---|---|
| Dated: January 22, 2024 | JACKSON LEWIS P.C. |
| | By:  *s/ Adam Y. Siegel* |
| | Adam Y. Siegel |

**IT IS SO ORDERED.**

Dated:  January 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE